# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60550   Registered Funds v. SEC
                      Agency No. 17 CFR 270

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Megan Barbero
Mr. Jeffrey Alan Berger
Mr. Douglas Harry Hallward-Driemeier
Ms. Tracy Hardin, Solicitor, U.S. Securities and Exchange Commission
Mr. John Robert Rady
Mr. Rory T Skowron
Mr. Jeremiah Williams

**P.S. to Mr. Rady:** Please provide the court with an updated status report every 60 days, until this matter is resolved.