# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 11, 2025
Lyle W. Cayce
Clerk

No. 24-60550

Registered Funds Association,

*Petitioner*,

versus

Securities and Exchange Commission,

*Respondent*.

_____

Petition for Review from an Order of the
Securities & Exchange Commission
Agency No. 17 CFR 270
_____

ORDER:

IT IS ORDERED that the Respondent's Motion to stay further proceedings in this court while the Commission reviews the rule in accordance with the Presidential Memorandum is GRANTED.

IT IS FURTHER ORDERED that the Petitioner's Motion to stay the effective date of the Form N-PORT amendments in the Final Rule is ABATED pending review by the Securities and Exchange Commission.

IT IS ORDERED that the Respondent's motion to extend time to file brief is DENIED as moot.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT